STATE OF ALABAMA et al., Plaintiffs-
Appellants,

v.

UNITED STATES of America et al.,
Defendants-Appellees.

No. 30287

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 21, 1971.

———————

Joseph D. Phelps, Sp. Asst. Atty. Gen. of Ala., MacDonald Gallion, former Atty. Gen. of Ala., Gordon Madison, Asst. Atty. Gen. of Ala., William J. Baxley, Atty. Gen. of Ala., Montgomery, Ala., for plaintiffs-appellants.

C. S. White-Spunner, Jr., U. S. Atty., Irwin W. Coleman, Jr., Mobile, Ala., Jerris Leonard, Asst. Atty. Gen., Chief, Civ. Rights Div., John N. Mitchell, Atty. Gen., Dept. of Justice, Washington, D. C., Vernon Crawford, A. J. Cooper, Jr., Mobile, Ala., Jack Greenberg, James M. Nabrit, III, Norman J. Chachkin, New York City, David L. Norman, Deputy Asst. Atty. Gen., Joseph B. Scott, Atty., U. S. Dept. of Justice, Washington, D. C., for the United States.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

I. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

PER CURIAM:

Affirmed. See Local Rule 21.[1] See also, North Carolina State Board of Education v. Swann, 402 U.S. 43, 91 S.Ct. 1284, 28 L.Ed.2d 586 [1971].

Michael KEFALAS, a/k/a Michael Kefalis,
Plaintiff-Appellant,

v.

The LIBERIAN S.S. "NILOS", her boats,
engines, etc., Defendants-Appellees.

No. 71–1041.

United States Court of Appeals,
Fifth Circuit.

July 19, 1971.

Rehearing Denied Sept. 2, 1971.

———————

Arthur Roth, Miami, Fla., Burt Morewitz, Newport News, Va., for plaintiff-appellant.

Brendan P. O'Sullivan, Tampa, Fla., for appellees; Fowler, White, Gillen, Humkey, Kinney & Boggs, P. A., Tampa, Fla., and Poles, Tublin, Patestides & Stratakis, New York City, of counsel.

Before COLEMAN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

I. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.